## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: CASE, JUNE G | § Case No. 09-73516 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 20, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       12,301.02

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 2,670.14 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 9,630.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/27/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,980.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,980.10, for a total compensation of $1,980.10. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $106.28, for total expenses of $106.28.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2010          By:/s/JOSEPH D. OLSEN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-73516 MB | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | CASE, JUNE G | Filed (f) or Converted (c): | 09/03/09 (c) |
| | | §341(a) Meeting Date: | 10/08/09 |
| Period Ending: | 06/16/10 | Claims Bar Date: | 01/27/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 4444 Riverside Drive, Crystal Lake, IL | 600,000.00 | Unknown | DA | 0.00 | FA |
| 2 | Checking account with Amcore Bank, Crystal Lake, | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Wachovia Bank, Crystal Lak | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods with debtor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and CD's with debtor | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtor | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term life insurance through employer, McHenry Co | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Retirement account with Fidelity Investments, Bo | 4,899.00 | 0.00 | DA | 0.00 | FA |
| 9 | Retirement account with TIAA CREF, New York, NY | 3,173.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 Cadillac DeVille with 97,000 miles | 2,690.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2000 Donzi Marine Sundeck Boat (23.5 feet) | 15,000.00 | 10,000.00 | | 12,300.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 1.02 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | $631,962.00 | $10,000.00 | | $12,301.02 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 06/16/2010 08:48 AM    V.12.08

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-73516 MB | Trustee: (330400)   JOSEPH D. OLSEN |
| Case Name: CASE, JUNE G | Filed (f) or Converted (c): 09/03/09 (c) |
| | §341(a) Meeting Date: 10/08/09 |
| Period Ending: 06/16/10 | Claims Bar Date: 01/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   September 30, 2010         Current Projected Date Of Final Report (TFR):   September 30, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73516 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | CASE, JUNE G | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******18-65 - Money Market Account |
| Taxpayer ID #: | **-***8459 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/25/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/26/10 | {11} | Action Auctioneering | sale of boat/motor/trailer | 1129-000 | 12,300.00 | | 12,300.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 12,300.09 |
| 05/20/10 | | To Account #9200******1866 | Per Court Order 5/19/10 - Pay auctioneer fees/expenses | 9999-000 | | 2,661.54 | 9,638.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.67 | | 9,639.22 |
| 06/04/10 | | To Account #9200******1866 | Payment of bond premium | 9999-000 | | 7.99 | 9,631.23 |
| 06/08/10 | | To Account #9200******1866 | balance of bond premium | 9999-000 | | 0.61 | 9,630.62 |
| 06/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.26 | | 9,630.88 |
| 06/15/10 | | To Account #9200******1866 | Under $10,000 - prep. of F. Rpt | 9999-000 | | 9,630.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,301.02 | 12,301.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,301.02 | |
| | | | Subtotal | | 12,301.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,301.02 | $0.00 | |

{} Asset reference(s)

Printed: 06/25/2010 02:34 PM  V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73516 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CASE, JUNE G | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***8459 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/15/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/10 | | From Account #9200******1865 | Per Court Order 5/19/10 - Pay auctioneer fees/expenses | 9999-000 | 2,661.54 | | 2,661.54 |
| 05/20/10 | 101 | Action Auctioneering | Per Ct. Order of 5/19/10 - sale of boat, motor & trailer | 3610-000 | | 2,661.54 | 0.00 |
| 06/04/10 | | From Account #9200******1865 | Payment of bond premium | 9999-000 | 7.99 | | 7.99 |
| 06/04/10 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73516, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.99 | 0.00 |
| 06/07/10 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73516, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.99 | 7.99 |
| 06/08/10 | | From Account #9200******1865 | balance of bond premium | 9999-000 | 0.61 | | 8.60 |
| 06/08/10 | 103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 8.60 | 0.00 |
| 06/08/10 | 103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -8.60 | 8.60 |
| 06/08/10 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond Premium #016018067 | 2300-000 | | 8.60 | 0.00 |
| 06/15/10 | | From Account #9200******1865 | Under $10,000 - prep. of F. Rpt | 9999-000 | 9,630.88 | | 9,630.88 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 12,301.02 | 2,670.14 | $9,630.88 |
| Less: Bank Transfers | 12,301.02 | 0.00 | |
| Subtotal | 0.00 | 2,670.14 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $2,670.14 | |

{} Asset reference(s)  Printed: 06/15/2010 11:25 AM  V.12.08

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73516 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CASE, JUNE G | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***8459 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/15/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 12,301.02 | | | | |
| | | Net Estate : | $12,301.02 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******18-65 | 12,301.02 | 0.00 | 0.00 |
| Checking # 9200-******18-66 | 0.00 | 2,670.14 | 9,630.88 |
| | $12,301.02 | $2,670.14 | $9,630.88 |

{} Asset reference(s)

Printed: 06/15/2010 11:25 AM    V.12.08

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 27, 2010

**Case Number:** 09-73516  
**Debtor Name:** CASE, JUNE G

Page: 1

**Date:** June 15, 2010  
**Time:** 11:25:37 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,980.10 | $0.00 | 1,980.10 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $106.28 | $0.00 | 106.28 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,215.00 | $0.00 | 1,215.00 |
| 1<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,978.75 | $0.00 | 5,978.75 |
| 2<br>610 | DEPARTMENT STORES NATIONAL BANK/MACY'S<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Unsecured | | $183.62 | $0.00 | 183.62 |
| 3<br>610 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $14,610.88 | $0.00 | 14,610.88 |
| 4<br>610 | Amcore Bank<br>Attn: Marilyn K Kiefer<br>1210 South Alpine<br>Rockford, IL 61108 | Unsecured | | $1,450.16 | $0.00 | 1,450.16 |
| 5<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $15,613.59 | $0.00 | 15,613.59 |
| 6<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,407.28 | $0.00 | 1,407.28 |
| 7<br>610 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $5,612.15 | $0.00 | 5,612.15 |
| << Totals >> | | | | 48,157.81 | 0.00 | 48,157.81 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73516
Case Name: CASE, JUNE G
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
                                      N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,980.10 | $ 106.28 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,215.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____

*Attorney for* _____ $_____ $_____

*Accountant for* _____ $_____ $_____

*Appraiser for* _____ $_____ $_____

*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,856.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,978.75 | $ 843.63 |
| 2 | DEPARTMENT STORES NATIONAL BANK/MACY'S | $ 183.62 | $ 25.91 |
| 3 | TARGET NATIONAL BANK | $ 14,610.88 | $ 2,061.68 |
| 4 | Amcore Bank | $ 1,450.16 | $ 204.63 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 15,613.59 | $ 2,203.16 |
| 6 | Chase Bank USA, N.A. | $ 1,407.28 | $ 198.58 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 5,612.15 | $ 791.91 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**