**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| In re: CASE, JUNE G | § Case No. 09-73516 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/21/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/15/2010        By: /s/JOSEPH D. OLSEN_____
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CASE, JUNE G | § | Case No. 09-73516 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,301.02 |
| and approved disbursements of | $ 2,670.14 |
| leaving a balance on hand of [1] | $ 9,630.88 |

Claims of secured creditors will be paid as follows:

*Claimant*                                  *Proposed Payment*
                   N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,980.10 | $ 106.28 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,215.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,856.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,978.75 | $ 843.63 |
| 2 | DEPARTMENT STORES NATIONAL BANK/MACY'S | $ 183.62 | $ 25.91 |
| 3 | TARGET NATIONAL BANK | $ 14,610.88 | $ 2,061.68 |
| 4 | Amcore Bank | $ 1,450.16 | $ 204.63 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 15,613.59 | $ 2,203.16 |
| 6 | Chase Bank USA, N.A. | $ 1,407.28 | $ 198.58 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 5,612.15 | $ 791.91 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1                  Date Rcvd: Jun 30, 2010
Case: 09-73516                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Jul 02, 2010.
db          +June G Case,   4444 Riverside Drive,   Crystal Lake, IL 60014-2540
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Erick J Bohlman,   Bohlman Law Offices, PC,   780 McArdle Dr.,   Unit F,
             Crystal Lake, IL 60014-8155
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14340514    +AMCORE Bank,   1111 3rd Street,   Rockford, IL 61104-3101
14408998    +Amcore Bank,   Attn: Marilyn K Kiefer,   1210 South Alpine,   Rockford, IL 61108-3946
14340515    +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
14340516    +Aspire/cb&t,   Pob 105555,   Atlanta, GA 30348-5555
14734147    +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
             NORCROSS, GA 30091-5155
14340517    +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
14340518    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14697353     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14340519    +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,   Columbus, OH 43219-6009
14340520    +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14389867     DEPARTMENT STORES NATIONAL BANK/MACY'S,   TSYS DEBT MGMT., INC.,   PO BOX 137,
             COLUMBUS, GA 31902-0137
14340522    +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14659260    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
14340523    +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
14399098    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14340524    +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14340525    +Wfnnb/dress Barn,   Po Box 182273,   Columbus, OH 43218-2273
The following entities were noticed by electronic transmission on Jun 30, 2010.
14355901     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2010 02:25:37     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14340521    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 01 2010 02:25:37     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 02, 2010**                      **Signature:** _/s/ Joseph Speetjens_