**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: CASE, JUNE G § Case No. 09-73516
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $616,962.00 | Assets Exempt: $171,900.00 |
| Total Distribution to Claimants: $6,329.50 | Claims Discharged Without Payment: $38,526.93 |
| Total Expenses of Administration: $5,971.52 | |

3) Total gross receipts of $ 12,301.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,301.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,971.52 | 5,971.52 | 5,971.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 44,856.43 | 44,856.43 | 6,329.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $50,827.95 | $50,827.95 | $12,301.02 |

4) This case was originally filed under Chapter 7 on August 20, 2009.
. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2010          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Donzi Marine Sundeck Boat (23.5 feet) | 1129-000 | 12,300.00 |
| Interest Income | 1270-000 | 1.02 |
| **TOTAL GROSS RECEIPTS** | | **$12,301.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,980.10 | 1,980.10 | 1,980.10 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 106.28 | 106.28 | 106.28 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,215.00 | 1,215.00 | 1,215.00 |
| Action Auctioneering | 3610-000 | N/A | 2,661.54 | 2,661.54 | 2,661.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.60 | 8.60 | 8.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,971.52 | 5,971.52 | 5,971.52 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 5,978.75 | 5,978.75 | 843.63 |
| DEPARTMENT STORES NATIONAL BANK/MACY'S | 7100-000 | N/A | 183.62 | 183.62 | 25.91 |
| TARGET NATIONAL BANK | 7100-000 | N/A | 14,610.88 | 14,610.88 | 2,061.68 |
| Amcore Bank | 7100-000 | N/A | 1,450.16 | 1,450.16 | 204.63 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 15,613.59 | 15,613.59 | 2,203.16 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 1,407.28 | 1,407.28 | 198.58 |
| CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 5,612.15 | 5,612.15 | 791.91 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 44,856.43 | 44,856.43 | 6,329.50 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73516  
**Case Name:** CASE, JUNE G  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/03/09 (c)  
**§341(a) Meeting Date:** 10/08/09  

**Period Ending:** 09/28/10  
**Claims Bar Date:** 01/27/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4444 Riverside Drive, Crystal Lake, IL | 600,000.00 | Unknown | DA | 0.00 | FA |
| 2 | Checking account with Amcore Bank, Crystal Lake, | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Wachovia Bank, Crystal Lak | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods with debtor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and CD's with debtor | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtor | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Term life insurance through employer, McHenry Co | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Retirement account with Fidelity Investments, Bo | 4,899.00 | 0.00 | DA | 0.00 | FA |
| 9 | Retirement account with TIAA CREF, New York, NY | 3,173.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1997 Cadillac DeVille with 97,000 miles | 2,690.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2000 Donzi Marine Sundeck Boat (23.5 feet) | 15,000.00 | 0.00 | | 12,300.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 1.02 | Unknown |
| 12 | **Assets**    Totals (Excluding unknown values) | **$631,962.00** | **$0.00** | | **$12,301.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    September 30, 2010    **Current Projected Date Of Final Report (TFR):**    September 30, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73516  
**Case Name:** CASE, JUNE G  

**Taxpayer ID #:** **-***8459  
**Period Ending:** 09/28/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******18-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/10 | {11} | Action Auctioneering | sale of boat/motor/trailer | 1129-000 | 12,300.00 | | 12,300.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 12,300.09 |
| 05/20/10 | | To Account #9200******1866 | Per Court Order 5/19/10 - Pay auctioneer fees/expenses | 9999-000 | | 2,661.54 | 9,638.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.67 | | 9,639.22 |
| 06/04/10 | | To Account #9200******1866 | Payment of bond premium | 9999-000 | | 7.99 | 9,631.23 |
| 06/08/10 | | To Account #9200******1866 | balance of bond premium | 9999-000 | | 0.61 | 9,630.62 |
| 06/15/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.26 | | 9,630.88 |
| 06/15/10 | | To Account #9200******1866 | Under $10,000 - prep. of F. Rpt | 9999-000 | | 9,630.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,301.02 | 12,301.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,301.02 | |
| | | | **Subtotal** | | 12,301.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,301.02** | **$0.00** | |

{} Asset reference(s)

Printed: 09/28/2010 08:14 AM V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73516  
**Case Name:** CASE, JUNE G  

**Taxpayer ID #:** **-***8459  
**Period Ending:** 09/28/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******18-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/10 | | From Account #9200******1865 | Per Court Order 5/19/10 - Pay auctioneer fees/expenses | 9999-000 | 2,661.54 | | 2,661.54 |
| 05/20/10 | 101 | Action Auctioneering | Per Ct. Order of 5/19/10 - sale of boat, motor & trailer | 3610-000 | | 2,661.54 | 0.00 |
| 06/04/10 | | From Account #9200******1865 | Payment of bond premium | 9999-000 | 7.99 | | 7.99 |
| 06/04/10 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73516, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.99 | 0.00 |
| 06/07/10 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-73516, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.99 | 7.99 |
| 06/08/10 | | From Account #9200******1865 | balance of bond premium | 9999-000 | 0.61 | | 8.60 |
| 06/08/10 | 103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 8.60 | 0.00 |
| 06/08/10 | 103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -8.60 | 8.60 |
| 06/08/10 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-73516, Bond Premium #016018067 | 2300-000 | | 8.60 | 0.00 |
| 06/15/10 | | From Account #9200******1865 | Under $10,000 - prep. of F. Rpt | 9999-000 | 9,630.88 | | 9,630.88 |
| 07/21/10 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,215.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,215.00 | 8,415.88 |
| 07/21/10 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,980.10, Trustee Compensation;  Reference: | 2100-000 | | 1,980.10 | 6,435.78 |
| 07/21/10 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $106.28, Trustee Expenses;  Reference: | 2200-000 | | 106.28 | 6,329.50 |
| 07/21/10 | 108 | DISCOVER BANK | Dividend paid 14.11% on $5,978.75; Claim# 1; Filed: $5,978.75; Reference: | 7100-000 | | 843.63 | 5,485.87 |
| 07/21/10 | 109 | DEPARTMENT STORES NATIONAL BANK/MACY'S | Dividend paid 14.11% on $183.62; Claim# 2; Filed: $183.62; Reference: | 7100-000 | | 25.91 | 5,459.96 |
| 07/21/10 | 110 | TARGET NATIONAL BANK | Dividend paid 14.11% on $14,610.88; Claim# 3; Filed: $14,610.88; Reference: | 7100-000 | | 2,061.68 | 3,398.28 |
| 07/21/10 | 111 | Amcore Bank | Dividend paid 14.11% on $1,450.16; Claim# 4; | 7100-000 | | 204.63 | 3,193.65 |

Subtotals :        $12,301.02        $9,107.37

{} Asset reference(s)

Printed: 09/28/2010 08:14 AM     V.12.52

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-73516 | | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| Case Name: | CASE, JUNE G | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | 9200-******18-66 - Checking Account |
| Taxpayer ID #: | **-***8459 | | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 09/28/10 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,450.16; Reference: | | | | |
| 07/21/10 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid  14.11% on $15,613.59; Claim# 5; Filed: $15,613.59; Reference: | 7100-000 | | 2,203.16 | 990.49 |
| 07/21/10 | 113 | Chase Bank USA, N.A. | Dividend paid  14.11% on $1,407.28; Claim# 6; Filed: $1,407.28; Reference: | 7100-000 | | 198.58 | 791.91 |
| 07/21/10 | 114 | CAPITAL ONE BANK (USA), N.A. | Dividend paid  14.11% on $5,612.15; Claim# 7; Filed: $5,612.15; Reference: | 7100-000 | | 791.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,301.02 | 12,301.02 | $0.00 |
| | | | Less: Bank Transfers | | 12,301.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,301.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,301.02** | |

Net Receipts :   12,301.02
Net Estate :   $12,301.02

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******18-65** | 12,301.02 | 0.00 | 0.00 |
| **Checking # 9200-******18-66** | 0.00 | 12,301.02 | 0.00 |
| | $12,301.02 | $12,301.02 | $0.00 |

{} Asset reference(s)